| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Atkinson & DeBartolo, P.C.<br>Post Office Box 8415<br>2 Bridge Avenue, The Galleria, Suite 231<br>Red Bank, New Jersey 07701<br>(732) 530-5200; Fax (732) 530-9877<br>BA9186<br>Bunce D. Atkinson | |
| In Re:<br>JAMES TRUNZO and CANDICE TRUNZO,<br><br>Debtors | Case No: 93-35245<br><br>Judge:    Hon. Stephen A. Stripp |

**NOTICE DEPOSITING UNCLAIMED FUNDS**
**PURSUANT TO D.N.J. LBR 7067-1**

Bunce D. Atkinson, Custodian in the above captioned matter states that the entire amount in the Debtor's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the court in the amount of $11,428.93 payable to Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed below together with their last know address.

| PAYEE<br>NAME AND ADDRESS | AMOUNT |
|---|---|
| Sears Roebuck Co<br>45 Congress Street<br>Salem, MA 01970-5507 | $502.47 |
| Chase Manhattan Bank, N.A.<br>Recoveries Department<br>P.O. Box 92969<br>Rochester, NY 14692-9069 | $4,892.66 &<br>$22.64 |
| Citibank (South Dakota) N.A.<br>P.O. Box 5440<br>Baltimore, MD 21285-5440 | $2269.60 &<br>$1676.96 &<br>$1,811.47 |
| Once Upon A Toy<br>Seaview Terrace<br>Monmouth Place<br>Highlands, NJ 07732 | $231.73 |
| Interest accumulated from these funds | $21.40 |

```
```
Dated: 06/25/2013          /s/ Bunce D. Atkinson
                           Bunce D. Atkinson, Trustee